1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   ROBIN HALL, | **\*E-FILED - 12/23/05\*** |
| 12          Plaintiffs, | CASE NO.: C-04-02067-RMW |
| 13          v. | **ORDER OF DISMISSAL** |
| 14   W. STROUD CONNOR, M.D., et al., | |
| 15          Defendants. | |

16
17    The Court having been advised on December 16, 2004, that this case has been settled and no
party having advised that the settlement has fallen through.
18
19    It is hereby ordered that this case is dismissed with prejudice.

The Clerk may close the file.
20
21
DATED: December 23, 2005
22
23
                                    */s/ Ronald M. Whyte*
24                                  RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE
25
26
27
28

ORDER OF DISMISSAL
Case No. C-04-02037-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL
Case No. C-04-02037-RMW

2